**Opinion issued June 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00077-CV

_____

**MIKE NAYEF, Appellant**

**V.**

**SABAH M. NAYEF, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1124037

## MEMORANDUM OPINION

Appellant, Mike Nayef, proceeding pro se, has failed to timely file his appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). After the Clerk of this Court's May 23, 2019 notice warned appellant that his appeal was subject to dismissal for want of prosecution if he failed to timely file his appellant's brief

within ten days of the date of that notice, appellant failed to timely respond.  *See*
TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution for failure to
timely file an appellant's brief.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.